**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LESLIE SPEARS,** *et al.* **PLAINTIFFS**

**v.**                    **CASE NO. 4:22-CV-00994-BSM**

**CENTRAL ARKANSAS RADIATION**
**THERAPY INSTITUTE, INC.** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE